SILBERMAN, Judge.
Anthony P. Rawls appeals his conviction and sentence for lewd molestation. He argues that the trial court should have granted his motion for mistrial and that he is entitled to a new trial due to the ineffective assistance of his trial counsel. The State cross-appeals the trial court’s order granting Rawls’ motion in limine to exclude Williams[1] rule evidence. We affirm as to all issues without comment except to note that our decision is without prejudice to Rawls’ filing a timely, legally sufficient motion pursuant to Florida Rule of Civil Procedure 3.850 on the basis of ineffective assistance of counsel.
Affirmed.
NORTHCUTT and THREADGILL, EDWARD F., Senior Judge, Concur.

. Williams v. State, 110 So.2d 654, 660-62 (Fla.1959).